UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

**31800 Wick Road Holdings, LLC**, a
Maryland limited liability company,

    Plaintiff,

    vs.

**Future Lodging - Airport, Inc.**, a Michigan
corporation, and **Kays Zair**, an individual,

    Defendants.

    – AND –

**Future Lodging - Airport, Inc.**, a Michigan
corporation,

    Counter-Plaintiff/Third-Party Plaintiff,

    vs.

**31800 Wick Road Holdings, LLC**, a
Maryland limited liability company,

    Counter-Defendant,

    – AND –

**Bank of America as Trustee for the
Registered Holders of LB-UBS Commercial
Mortgage Trust 2006-C7, Commercial
Mortgage Pass-Through Certificates, Series
2006-C7**; and **CWCapital Asset
Management LLC**,

    Third-Party Defendants.

Case No.: 2:10-cv-13692-GCS-PJK

Honorable George Caram Steeh

**JUDGMENT ON
GUARANTY OF PAYMENT**

## JUDGMENT ON GUARANTY OF PAYMENT

IT IS ORDERED AND ADJUDGED that a final judgment under is entered in favor of Plaintiff, 31800 Wick Road Holdings, LLC, against Defendant Kays Zair under paragraph 18 of the Guaranty of Payment in the amount of $453,369.62, plus prejudgment interest at the rate of 9.44% per annum from March 22, 2010 to the date of judgment and post-judgment interest at the federal rate until the indebtedness is paid in full in accordance with 28 U.S.C. § 1961(a).

_____
U.S. DISTRICT COURT JUDGE

12-6-12
DATED

2